IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02349-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

MICHAEL MORRIS,

    Applicant,

v.

MARY CARLSON, Manager of Offender Time/ Release Operations Colorado
    Department of Corrections (CDOC),
ANGEL MEDINA, Warden of Arrowhead C.C.,

    Respondents.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

On October 22, 2015, Applicant Michael Morris submitted to the Court an Application For a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. (ECF No. 1).

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the filings are deficient as described in this Order.  Applicant will be directed to cure the following if he wishes to pursue any claims in this Court in this action.  Any papers that Applicant files in response to this Order must include the civil action number on this Order.

Applicant also is instructed that pursuant to 28 U.S.C. § 2243 an application for writ of habeas corpus is directed to the person who has custody of the detained person. Therefore, Applicant is directed to name as Respondent the custodian or warden of the

facility where he is incarcerated and not the manager of offender time/release operations.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   XX     is not submitted
(2)   __     is missing affidavit
(3)   __     is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4)   XX     is missing certificate showing current balance in prison account
(5)   __     is missing required financial information
(6)   __     is missing authorization to calculate and disburse filing fee payments
(7)   __     is missing an original signature by the prisoner
(8)   __     is not on proper form
(9)   __     names in caption do not match names in caption of complaint, petition or habeas application
(10)  XX     other:  In the alternative, Applicant may pay the $5.00 filing fee.

**Complaint, Petition or Application**:
(11)  __     is not submitted
(12)  XX     is not on proper Court-approved form
(13)  __     is missing an original signature by the prisoner
(14)  __     is missing page nos.
(15)  __     uses et al. instead of listing all parties in caption
(16)  __     names in caption do not match names in text
(17)  __     addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)  __     other:

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Applicant files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Applicant shall obtain the proper Court-approved forms for filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, (with the assistance of his case manager or the

facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  Applicant must use the Court-approved forms when curing the deficiencies.  It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED October 23, 2015, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge